IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMSON KANLA ORUSA,<br>Petitioner | : | No. 3:25-CV-0004 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| J. GREENE,<br>Respondent | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Samson Kanla Orusa's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 9/2/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court